UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDEEP SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USCIS, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-06173-JSC<br><br>**ORDER TO SHOW CAUSE** |

This civil action was filed on August 30, 2024. (Dkt. No. 1.) That same day, a summons was issued as to Defendant Emilia Bardini. (Dkt. No. 5.) Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Over four months have elapsed since issuance of the summons, but according to the docket, Plaintiff has yet to serve Defendant as required by the Federal Rules of Civil Procedure 4(m). Accordingly, Plaintiff is ORDERED to SHOW CAUSE as to why this action should not be dismissed for failure to serve. Plaintiff must file his response on or before January 21, 2025. If no response is received, this action may be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge